PROB 22
(SCP Rev. 3/13)

**DOCKET NUMBER** *(Tran. Court)*

2:14CR00003-1

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Walter Scott Fox, III | District of Maine | Portland |

**NAME OF SENTENCING JUDGE**

The Honorable D. Brock Hornby, U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM December 30, 2021 | TO December 29, 2024 |
|---|---|---|

**OFFENSE**
Count 1: Bank Fraud, 18 U.S.C. § 1344
Count 2: Attempt to Evade or Defeat Tax, Title 26 U.S.C. § 7201

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   MAINE

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of South Carolina   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 3/8/2022 | /s/ Jon D. Levy |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   SOUTH CAROLINA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| April 12, 2022 | Bruce H. Hendricks |
|---|---|
| *Effective Date* | *United States District Judge* |